Case 5:16-cv-04141-LHK   Document 1   Filed 07/22/16   Page 1 of 19



EDWIN PRATHER, SBN 190536
MAX MIZONO, SBN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com
        max@pratherlawoffices.com

Attorneys for Relator CARL KRAWITT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, ex rel.
CARL KRAWITT, an individual,

        Plaintiff,

        v.

INFOSYS TECHNOLOGIES LIMITED,
INCORPORATED AND APPLE,
INCORPORATED,

        Defendants.

Case No.:

CV16 4141

HRL

**COMPLAINT FOR MONEY DAMAGES AND CIVIL PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT**

**DEMAND FOR JURY TRIAL**

**[DOCUMENT FILED *IN CAMERA* AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)]**

COMPLAINT FOR MONEY DAMAGES AND CIVIL
PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT

1

Plaintiff United States of America ("United States"), by and through Relator Carl Krawitt, alleges the following:

## I.   INTRODUCTION

[1] This false claim action is brought on behalf of the United States by Carl Krawitt under 31 U.S.C. § 3279, *et seq.,* as amended (False Claims Act) and seeks recovery for all damages, penalties, and other remedies established by the False Claims Act for a continuing course of illegal conduct by Infosys Technologies Limited, Inc. and Apple, Inc.

[2] Infosys Technologies Limited, Inc. ("Infosys") and Apple, Inc. ("Apple") (collectively, "defendants") schemed to defraud the federal government by falsely claiming Indian foreign nationals were qualified for less expensive immigration visas, by falsely claiming Indian foreign nationals were not being paid for work, when in fact they were, and by having Indian foreign nationals perform work that could be performed by United States citizens.  The scheme operated whereby Infosys and Apple systematically created fraudulent letters and false descriptions of the work performed in the United States, and brought in Indian foreign nationals to perform this work, in the absence of legitimate and legal purposes.  Infosys and Apple carefully hid this information and scheme from the United States Government.

## II.   BACKGROUND AND OVERVIEW OF THE SCHEME

[3] Infosys is a corporation specializing in information technology consulting, training, and outsourcing services, located in thirty countries, including the United States, with locations in seventeen cities in the United States.  Infosys brings foreign nationals into the United States and provides such resources to American clients from outsourcing centers in India on H1-B, B-1, L-1, and L-2 visas.  The provision of foreign nationals on B-1 visas allows Infosys to offer services at significantly reduced prices compared to industry competitors, thereby creating

COMPLAINT FOR MONEY DAMAGES AND CIVIL
PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT

considerable demand for Infosys's services in the information technology sector.  Some of

Infosys's clients include Oracle Corporation, Intel, SAP, Salesforce.com, and in the instant

scheme, Apple.

[4] Infosys is not a first-time offender.  On October 30, 2013, in the Eastern District of

Texas, the United States filed a Qui Tam False Claim Act Complaint ("Complaint") against

Infosys.  The Complaint sought to recover penalties and damages arising from false records and

statements made and used by Infosys to avoid its obligation to pay money to the United States,

including but not limited to: delivering false and fraudulent documents to the United States to

secure illegal visas for its employees to come to the United States; sending foreign national

employees to work in the United States on B-l visas to avoid the restrictions placed by the United

States on the H-1B visas, and to avoid paying the higher fees required to obtain H-1B visas;

employing foreign nationals in full time jobs at client sites in the United States on B-l visas, and

not paying to the United States Social Security and Medicare taxes; issuing "dummy" social

security numbers to H-1B visa employees, thus avoiding Social Security and Medicare taxes;

failing to document employees working in the United States; falsely attesting that employees

were authorized to work in the United States; and altering and destroying I-9 Employee

Eligibility Verification Forms to avoid paying fines and penalties to the United States.

[5] On October 30, 2013, Infosys entered into a $34,000,000 settlement agreement

("settlement agreement") with the United States in the Eastern District of Texas to resolve the

allegations in the Complaint.  As part of the settlement agreement, Infosys agreed to pay

$5,000,000 to Homeland Security Investigations for civil or administrative forfeiture, $5,000,000

to the Department of State for civil or administrative forfeiture, and $24,000,000 to the United

1   States Attorney's Office for the Eastern District of Texas.  The United States agreed to file a

2   motion to dismiss the Complaint with prejudice upon receipt of full payment from Infosys.

3        [6] Aside from payment of the $34,000,000, Infosys further agreed: not to use non-

4   specific invitation letters absent express written agreement from the State; to retain a detailed

5   description of activities by each B-1 visa applicant at the time of entry into the United States for

6   a period of three years, and to provide that description to the United States upon request; to allow

7   the United States to use any materials it obtained during its investigation of Infosys, in redacted

8   form, by State and/or Department of Homeland Security for training aids and various outreach

9   activities to industry members; to retain, at its own expense, an independent third-party auditor

10  or auditing firm to review and report on its I-9 Employee Eligibility Verification Form

11  compliance; that the independent third-party auditor shall analyze a random sample of not less

12  than four percent of Infosys's existing United States workforce to determine if the I-9 forms

13  associated with the workforce have been completed and maintained in full compliance with 8

14  U.S.C. § 1324a; that the independent third-party auditor must submit a signed report to the

15  United States Attorney for the Eastern District of Texas regarding results of the analysis within

16  60 days of the first and second anniversaries of signing the settlement agreement; to submit a

17  report to the United States Attorney for the Eastern District of Texas within 60 days of the first

18  anniversary of the settlement agreement describing whether Infosys's B-1 visa use policies,

19  standards of conduct, internal controls, and disciplinary procedures have been effective in

20  ensuring compliance with the terms of the settlement agreement; that the United States will

21  review random samples of documents that Infosys has submitted to U.S. Consular officials and

22  other immigration officials in support of its B-1 visa holders to determine compliance with the

23  settlement agreement.  Finally, Infosys agreed: it committed civil violations of 8 U.S.C. §

24  

25  

COMPLAINT FOR MONEY DAMAGES AND CIVIL
PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT

4

1324a(a)(1)(B); to cease and desist from any further violations of 8 U.S.C. § 1324a; that these violations would be considered "previous violations" pursuant to 8 U.S.C. § 1324a(e)(5); and, that any future violations of 8 U.S.C. § 1324a(a)(1)(B) could be subject to enhanced penalties.

[7] Infosys's settlement agreement with the United States notwithstanding, Infosys has continued to violate federal immigration law and regulations. Since 2013, Infosys continued to send Indian foreign nationals to work in the United States on B-1 visas, and conspired with Apple to do so. This scheme, in which Indian foreign nationals with B-1 visas were used in jobs in the United States, violates immigration laws of the United States. The B-1 visa is intended only for business activities that are a necessary incident to other business abroad. The B-1 visa allows for foreign nationals to engage in activities such as attending meetings, consulting with associates, engaging in negotiations, taking orders for goods produced and located outside the United States, attending conferences, and researching options for opening a business in the United States (such as locating or entering into a lease for office space). B-1 visa holders may not engage in any activity or perform a service that would constitute local employment for hire within the United States. By conspiring with Apple, Infosys ignored its promises under the settlement agreement in the Eastern District of Texas, and again defrauded the United States. Indeed, Infosys's refusal to hire United States citizens due to the higher costs associated with this labor, and employing instead Indian foreign nationals at a discount, furthered its corrupt scheme.

[8] The scheme between Infosys and Apple began on or about August 20, 2014, when Infosys entered into a proposal to provide consulting and training services to Apple. The proposal's project plan stated Infosys would provide training to Apple employees from Apple's Online Store Engineering Organization regarding, *inter alia*, the organization's structure, team dynamics, and software development processes. Infosys and Apple eventually entered into a

$50,000 contract, or Statement of Work ("SOW"), titled "Agile Framework Definition Program" ("Agile Contract") whereby Infosys was to deliver sixteen training sessions to Apple's Online Store Engineering Organization from September 15, 2014, to October 31, 2014, at Apple locations in Cupertino, California, and Sunnyvale, California.  During negotiations of the Agile Contract, Infosys Managers and Senior Leaders Ashutosh Sharma ("Sharma"), Steve Seo ("Seo"), Jeff Kavanaugh ("Kavanaugh") and Razab Chowdury ("Chowdury") knew Infosys lacked sufficient foreign nationals on H1-B visas to legally perform the training sessions at Apple.  Instead, Sharma, Seo, Kavanaugh and Chowdury knew that only Indian foreign national workers on B-1 visas were available to perform services under the Agile Contract.  Accordingly, on or about August 31, 2014, Infosys, through Sharma, and Apple, through Apple Senior Manager, Marcus Delano East ("East"), discussed, and conspired to have Indian foreign nationals come to the United States on B-1 visas to conduct the training sessions under the Agile Contract.

[9] On September 4, 2014, the Agile Contract was signed and reviewed collectively by Infosys Managers and Senior Leaders Sharma, Seo, Kavanaugh and Chowdury, as well as Apple Senior Manager East.  The Agile Contract contained a standard Non-Disclosure Agreement ("NDA") under Apple's previous Master Services Agreement ("MSA") between Apple and Infosys, totaling more than $100 Million in contracted services in 2014.

[10] On September 10, 2014, Relator Krawitt began work at Apple as an independent contractor for Infosys under the Agile Contract.  Relator Krawitt reviewed the curriculum and materials created by Infosys for the Agile Contract, and observed that Infosys's proposed trainers/instructors, Sreekumar Vobugarihad ("Vobugarihad") and Vijay Bheemarao Dani ("Dani"), Indian foreign nationals with prior B-1 visas, did not have the proper visas from the

United States to complete the work to be performed. Relator Krawitt warned fellow Infosys employees and superiors that the Agile Contract was at risk because Vobugarihad and Dani lacked the requisite H-1B visas to legally conduct the training courses at Apple. Nevertheless, Apple Senior Manager East approved Infosys's training curriculum and seminar for Apple employees, and was fully aware that Vobugarihad and Dani would serve as trainers under the Agile Contract using B-1 visas.

[11] On September 15, 2014, Relator Krawitt drafted the initial project memorandum for the Agile Contract, which was later finalized and presented in person by Infosys employees Sharma, Seo, and Chowdury to Apple Senior Manager East and Apple Project Manager Tricia Buenbrazo-Samuels ("Buenbrazo-Samuels"). The project memorandum discussed, *inter alia,* the qualifications of the trainers/instructors, and included their *curriculum vitae*, thereby further informing East, Buenbrazo-Samuels, and Ceava Potter ("Potter"), the Apple Project Administrator for the Agile Contract, that Infosys intended on bringing Indian foreign nationals Vobugarihad and Dani to Apple on B-1 visas as trainers/instructors under the Agile Contract.

[12] On September 24, 2014, at the request of Infosys employees Sharma, Chowdury and Kishore Raghavendra Kamath ("Kamath"), Apple Senior Manager East provided Infosys draft letters from Apple to be used by Vobugarihad and Dani, for the purpose of entry into the United States on their previously issued B-1 visas. The B-1 visa letters drafted by East withheld the fact that Vobugarihad and Dani would serve as instructors/trainers under the Agile Contract, misrepresented that Vobugarihad and Dani would merely attend meetings at Apple from September 30, 2014, to October 24, 2014, and falsely stated that Vobugarihad and Dani would not be paid, when in fact Vobugarihad and Dani received compensation in the form of continued salary benefits, and that Infosys would receive $50,000 under the Agile Contract as

compensation for Vobugarihad and Dani's work.  Infosys employees Sharma, Chowdury and

Kamath approved the B-1 visa letters, and returned them to Apple employees Buenbrazo-

Samuels and Potter for approval.  Buenbrazo-Samuels and Potter finalized the letters on

company letterhead, and Apple Senior Manager East signed them.

[13] Upon learning the content of the B-1 visa letters for the first time, as well as the

scheme between Infosys and Apple, on September 25, 2014, Relator Krawitt brought this issue

to the attention of Infosys employee Seo, Relator Krawitt's supervisor.  Seo declined to discuss

this issue with Relator Krawitt.  Thereafter, on or about October 6, 2014, Relator Krawitt

notified Infosys employee Chowdury that Infosys was in violation of United States immigration

laws, and that this matter should be referred to Infosys's Legal Department for further inquiry.

Chowdury, however, did not contact Infosys's Legal Department as he represented to Relator

Krawitt, but instead sent an e-mail warning to Infosys executives Sharma, Seo and Graham

Passey ("Passey"), that Relator Krawitt had raised the issue, and that it was a potential problem.

[14] On October 8, 2014, Infosys employee Sharma acknowledged Infosys's participation

in the scheme, when he stated in an e-mail to Seo, Chowdury and others, that Vobugarihad and

Dani needed to travel back to India, and then return to the United States in order to avoid

detection and suspicion for violating United States immigration laws.

[15] On October 9, 2014, Relator Krawitt and Infosys employee Chowdhury discussed

the prior False Claims Act case against Infosys in the Eastern District of Texas.  Chowdhury

stated the prior case brought extra scrutiny and pressure on him, and Infosys, to avoid detection

for flaunting United States immigration laws.  Chowdhury further revealed to Relator Krawitt

that if Chowdhury "got caught" for manipulating immigration visas on behalf of Infosys,

Chowdhury would "pretend as if he knew nothing."

COMPLAINT FOR MONEY DAMAGES AND CIVIL
PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT

8

[16] Sometime thereafter, but still in or around October 2014, Relator Krawitt spoke with an Infosys senior manager who confirmed Relator Krawitt's suspicions about Infosys's immigration visa violations.  The manager recommended that Relator Krawitt "not say anything" about the violations, otherwise Relator Krawitt might suffer retaliation from Infosys, and potentially lose his job there.  This Infosys manager further suggested that Relator Krawitt retain an attorney in the event Infosys retaliated against Relator Krawitt for his whistleblowing.

[17] As Relator Krawitt whistle blew on the immigration visa scheme to his superiors at Infosys, the Agile Contract training sessions at Apple proceeded as scheduled.  Apple Senior Manager East, and others, as before, insisted and required that only Apple employees be eligible and participate in the training sessions.  Meanwhile, Apple Senior Manager East, and others, continued to appreciate that Indian foreign nationals Vobugarihad and Dani served as trainers under the Agile Contract.  Vobugarihad and Dani received mostly positive written reviews from Apple employees who participated in the training,

[18] Nevertheless, on or about October 16, 2014, Apple Senior Manager East communicated to Infosys his dissatisfaction with Vobugarihad and Dani's training sessions, as well as his dissatisfaction with their training performance.  As a result, East demanded that Infosys provide new trainers/instructors, but this time from the United States.  At Apple's request, Infosys sent back Vobugarihad and Dani to India, and the remaining classes under the Agile Contract were cancelled.  Apple employees Buenbrazo-Samuels, and East's superior, Max Mancini ("Mancini"), were aware of East's position, as well as this change in circumstance regarding the training.

[19] With additional training yet to be completed, on October 26, 2014, Apple Project Manager Buenbrazo-Samuels provided a second, albeit different, SOW to Infosys employee

1  Sharma to reflect the further training to be provided by Infosys.  In the second SOW, Apple

2  Senior Manager East and Project Manager Buenbrazo-Samuels conspired with Sharma to

3  purposefully omit "training" from its terms because East and Buenbrazo-Samuels were

4  concerned that asking for additional "training" for Apple employees that otherwise could be

5  delivered by Apple's Learning and Development Center, rather than outsourced to Infosys at a

6  lower cost, would raise suspicion from Apple's upper management.  Indeed, a higher budget

7  proposal for the second SOW would lead to scrutiny, including a possible budgetary audit.  As a

8  result, Infosys employee Sharma conspired and agreed with Apple employees East and

9  Buenbrazo-Samuels to omit "training" from the second SOW, and conspired and agreed with his

10  fellow Infosys managers to do so, even though the main purpose of the engagement was to

11  continue training and instructing Apple employees in certain subject matter closely related to the

12  original SOW.

13

14  [20] On October 27, 2014, a trainer from the United States was brought in on the second

15  SOW, at a total cost of $250,000, to deliver the remaining training sessions to Apple employees,

16  despite the omission of the term "training" from the second SOW.  Relator Krawitt continued

17  working for Infosys at Apple under the second SOW in the same capacity as before.

18  [21] In or around January 2015, Infosys declined to extend Relator Krawitt's employment

19  as retaliation against him for whistleblowing on the B-1 visa scheme.  As a result, Infosys

20  employees Sharma, Seo, Chowdury, and others, purposefully avoided communications on the B-

21  1 visa scheme based on Relator Krawitt's whistleblowing.  Also, in or around January 2015,

22  Infosys began discussing severance with Relator Krawitt to placate Relator Krawitt regarding his

23  prior whistleblowing of the B-1 visa scheme.

24

25

[22] In or around February 2015, while still employed at Infosys and negotiating his severance, Relator Krawitt discovered that Infosys employees Seo and Chowdury used protected work-product from the Agile Contract on a project for another Infosys client, had misappropriated other Apple work-product, and rebranded it as Infosys work-product in violation of the terms of the NDA under both the Agile Contract and MSA.  After Relator Krawitt notified Apple Senior Manager East of Infosys's theft of Apple work-product, East and Buenbrazo-Samuels contacted Chowdury demanding immediate cessation of Infosys's violations.

[23] In or around February 2015, Relator Krawitt concluded his employment at Infosys.

[24] In or around March 2015, Relator Krawitt began working at Apple as an independent contractor under the supervision of East and Mancini, as part of the Retail Online Store Engineering Management Team.  Relator Krawitt's first employment period lasted from March 2015 through October 2015.  Relator Krawitt provided the same or similar training and consulting services he previously delivered to Apple with Infosys.

[25] In or around October 2015, Relator Krawitt attended an Apple team meeting with Apple Senior Manager East and others.  During the meeting, East urged the Retail Online Store Engineering Management Team to "pressure" outside vendors with employees on temporary worker visas in the United States to require that those employees work for free until Apple management approved new contracts for them.  Relator Krawitt questioned East about the legality of this practice.  Following the meeting, Relator Krawitt again blew the whistle up the chain of command at Apple by communicating East's positions and actions regarding employees on temporary worker visas to East's superior, Max Mancini.

[26] On October 26, 2015, Relator Krawitt's work as an independent contractor with Apple was not renewed.

COMPLAINT FOR MONEY DAMAGES AND CIVIL
PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT

[27] On belief and information, Apple eventually conducted an internal investigation into the actions and statements of East, including his misuse of B-1 visas, and his insistence on pressuring outside vendors regarding certain employees' work statuses, and discovered his wrongdoing.  Sometime thereafter, Apple terminated East.

[28] In or around January 2016, Relator Krawitt was contacted regarding another employment position at Apple in an attempt to keep Relator Krawitt quiet about Apple's B-1 visa scheme, and East's positions and actions regarding employees on temporary workers visas employed by outside vendors.  Relator Krawitt declined the position.

## III.   PARTIES

[29] Relator Carl Krawitt is over the age of nineteen and is a resident citizen of the State of California.  At all material times, Relator Krawitt was employed by Infosys as a consultant.

[30] Infosys, Inc. is a corporation based in Bangalore, India, with approximately 160,000 world-wide employees, licensed and doing business in the United States.  Infosys has a place of business located at 4009 Miranda Avenue, #100, Palo Alto, CA 94304.

[31] Ashutosh Sharma is or was an employee of Infosys.  Sharma serves or served as a client services manager for Sales/Business Development and Project Administration.  Sharma reported to his employer regarding Infosys's relationship with Apple manager East.  Sharma was also the primary individual orchestrating the staffing project at Infosys as well as the improper use of B-1 visa holders from India.  On information and belief, Sharma instructed B-1 visa holders and his team how to answer questions about legal status of foreign nationals.  Sharma also claimed that the legal department reviewed all contracts, including visa applications, on the assumption that Apple was not under any risk for its complicity in the scheme.

[32] Razab Chowdury is or was an employee of Infosys.  He serves or served as a Senior Principal for Infosys's Management Consulting Services.  Chowdury was Relator Krawitt's direct supervisor for the client engagement project, and was the project manager responsible for the overall delivery of the project.  On information and belief, Chowdury willfully omitted Relator Krawitt from Chowdury's email communications with Infosys superiors Ashutosh Sharma, Steve Seo and Graham Passey regarding the illegal use of B-1 visas.  Chowdury only revealed those email communications to Relator Krawitt after Relator Krawitt threatened to miss work.

[33] Sreekumar Vobugarihad is or was an employee of Infosys.  Vobugarihad is or was a principal specializing in training, education and research for Infosys based in India.  Vobugarihad entered the United States on a previously obtained B-1 visa, accompanied by a work authorization letter from Apple's Marcus Delano East.

[34] Vijay Bheemarao Dani is or was an employee of Infosys.  Dani is or was a principal specializing in training, education and research for Infosys based in India.  Dani entered the United States on a previously obtained B-1 visa, accompanied by a work authorization letter from Apple's Marcus Delano East.

[35] Steve Seo is or was an employee of Infosys.  He serves or served as an Associate Partner for Infosys's Management Consulting Services, and as direct supervisor to Razab Chowdury as well as Relator Krawitt.  Seo was responsible for multiple projects at Infosys's client Apple, including the Agile Contract.  Relator Krawitt corresponded with, and spoke directly to Seo, regarding Relator Krawitt's concerns that Infosys was continuing to improperly use workers in the United States on B-1 visas.  Following Relator Krawitt's whistleblowing of the B-1 visa scheme, Seo wrote and submitted Relator Krawitt's performance evaluation to

Infosys's Human Resources Department, recommending that Relator Krawitt be placed on a Performance Improvement Plan as retaliation for Relator Krawitt's whistleblowing.

[36] Graham Passey is or was an employee of Infosys. He serves or served as an Associate Partner for Infosys's Management Consulting Services. Passey was responsible for multiple projects at Infosys's client, Apple, including the Agile Contract. Relator Krawitt corresponded and spoke directly to Passey regarding Relator Krawitt's concerns that Infosys was continuing to improperly use workers here in the United States on B-1 visas. Relator Krawitt previously communicated concerns to Passey regarding Infosys's misuse of B-1 visas at Infosys's previous client "Riverbed".

[37] Jeff Kavanaugh is or was an employee of Infosys. He serves or served as a Managing Partner and Senior Vice President of Infosys's Manufacturing and Technology Practice Division. Kavanaugh supervised Seo and Passey, and reviewed weekly reports and other communications which demonstrated Infosys's improper use of workers in the United States on B-1 visas.

[38] Kishore Raghavendra Kamath is or was an employee of Infosys. Kamath serves or served as a client services manager, and worked directly under Ashutosh Sharma. Kamath worked in the United States on H1-B visa on the administration of engineering services, which included onboarding and information technology support. Kamath forwarded the B-1 visa letters from Infosys to Apple employee Tricia Buenbrazo-Samuels and Ceava Potter for approval and Marcus Delano East's signature.

[39] Apple, Inc. is a corporation based in the United States, with over 100,000 employees. Apple's principal place of business located at 1 Infinite Loop, Cupertino, California 95014.

COMPLAINT FOR MONEY DAMAGES AND CIVIL
PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT

14

[40] Marcus Delano East was an employee of Apple. East served as a Senior Manager for Engineering Project Management Office (PMO) for the Apple Online Store. East managed the budget and operations of AOS Engineering, including personnel, contractor, vendor relations, signed contracts, and B-1 visa letters. On information and belief, East also had operational management of a budget of more than $100 million dollars with management of contracts for more than 300 visa holders, including a majority of H1-B visas, with some L-1 and L-2 visa holders.

[41] Tricia Buenbrazo-Samuels is or was an employee of Apple, and serves or served as a PMO Project Manager. As a manager for Apple, Buenbrazo-Samuels was aware of, supervised, and actively participated in the scheme between Infosys and Apple to improperly utilize B-1 visitor visa holders.

[42] Max Mancini is or was an employee of Apple in the Engineering Organization, and serves or served as AOS Engineering. As an executive who reported to Apple's CFO and to Executive Level Finance Departments, Mancini was aware, supervised, and actively participated in the scheme between Infosys and Apple to improperly utilize B-1 visitor visa holders.

[43] Ceava Potter is or was an employee of Apple. She serves or served as a project administrator and provided logistical support for training related activities, including facilitation of the B-1 letters, and obtaining signatures of the B-1 letters for East. Potter previously was employed by East outside the United States, and is a L-2 visa holder.

## IV.   JURISDICTION AND VENUE

[44] This action arises under the False Claims Act, 31 U.S.C. § 3729 *et seq.*, creating subject matter jurisdiction pursuant to 31 U.S.C. § 3732(a).

[45] The Court has personal jurisdiction over Infosys and Apple because both companies transact business in the Northern District of California. Apple's principal place of business is also in the Northern District of California.

[46] Venue is proper in the Northern District of California pursuant to 31 U.S.C. § 3732(a) as, *inter alia*: (i) Infosys and Apple transact business in the Northern District of California and did so at all times relevant to this Complaint; (ii) The principal places of business for Apple is also in the Northern District of California; (iii) Infosys employed Relator Krawitt in the Northern District of California to work at Apple; and (iv) Infosys and Apple committed violations of United States law within the Northern District of California. Venue also is proper in the Northern District of California, because a substantial part of the events or omissions that give rise to these claims, occurred in the Northern District of California.

[47] Upon the filing this complaint, Relator Krawitt will provide a copy of this complaint, together with a written disclosure of all material evidence and information Relator Krawitt possesses, to the Government, pursuant to the requirements of 31 U.S.C. § 3730(b)(2).

[48] Relator Krawitt complied with all other conditions precedent to bringing this action.

[49] Relator Krawitt is the original source of, and has direct and independent knowledge of, all publicly disclosed information on which any allegations herein might be deemed based, and has voluntarily provided such information to the United States before filing this action.

## V.   CAUSES OF ACTION

[50] Infosys provides information technology and consulting services worldwide, including the United States. Infosys employs over 15,000 foreign nationals in the United States, most of whom are working in the United States on H-1B, L-1, and L-2 visas, with some foreign nationals on B-1 visas. Pursuant to 8 U.S.C.A. § 1101(a)(15)(H)(i)(b), the H-1B visa category

applies to people who perform services in a specialty occupation and the employee must meet certain criteria to qualify. Pursuant to 8 U.S.C.A. § 1101(a)(15)(B), the B-1 visa category applies to temporary business visitors who come to the United States. Under the law, this visa category only allows foreign nationals to conduct activities of a commercial or professional nature, such as, consulting with business associates, negotiating a contract, or attending business conferences. Individuals on B-1 visas are prohibited, by law, from working in jobs in the United States. Through the years, Infosys has applied for, and obtained, B-1 visas for its employees to come to the United States falsely representing to the United States that the employees were coming for meetings or other legitimate B-1 purposes, but instead employing the B-1 visa holders in jobs at client sites in direct violation of immigration law.

[51] Apple is a multinational technology company, based in the United States, specializing in the design, development and sale of consumer electronics, computer software and online services. Apple also employs foreign nationals under the H1-B visa program. Apple is well aware of the criteria to qualify for a H1-B visa, and the fact that individuals on B-1 visas are prohibited, by law, from working in jobs in the United States and prohibit from providing services for compensation by clients.

[52] During the course of his employment, Relator Krawitt personally observed and reviewed Infosys documents showing that Infosys, in fact, was sending Indian foreign nationals to the United States under B-1 visas to work under contract client projects in paid positions at Apple, an Infosys customer site, in direct violation of United States immigration law.

[53] Infosys continues to employ workers with either no documentation, or clearly fabricated documentation. This is done with the full knowledge of Infosys employees, including supervisors, Infosys's general counsel, Immigration Team and Human Resources Department.

[54] Infosys's scheme of sending employees to the United States to work in jobs on client sites on B-1 visas benefits Infosys because the workers are paid substantially less than American workers and/or H-1B employees.  Under this scheme, Infosys avoids paying the United States the substantially higher application fee for H-1B visas, and avoids paying Social Security, Medicare and other fees and taxes to the United States.  Apple willingly participated in Infosys's scheme by contracting with Infosys for workers on B-1 visas as a savings cost measure instead of hiring United States citizens and/or green card holders as full time employees at market rate compensation.

## FIRST CAUSE OF ACTION
## VIOLATIONS OF THE FALSE CLAIMS ACT

[55] Relator Krawitt incorporates herein by reference and realleges the allegations stated in Paragraphs 1 through 54, inclusive of this Complaint.

[56] Defendants Infosys and Apple, by and through its officers, agents, and employees knowingly made, used, or caused to be made or used, false records and/or statements material to its obligation to pay or transmit money to the United States and/or knowingly concealed, avoided or decreased its obligations to pay or transmit money or property to the United States.

[57] Defendants Infosys and Apple, by and through its officers, agents, and employees authorized and ratified all the violations of the False Claims Act committed by its various officers, agents and employees.

[58] The United States, American workers and the public have been damaged as a result of Defendants Infosys and Apple's violations of the False Claims Act.

## VI.    PRAYER FROM RELIEF

WHEREFORE, Relator Krawitt, on behalf of himself and the United States, prays:

COMPLAINT FOR MONEY DAMAGES AND CIVIL
PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT

18

(i) that this Court enter a judgment against Defendants in an amount equal to three times the amount of damages the United States sustained as a result of Defendant's violations of the False Claims Act;

(ii) that this Court enter a judgment against Defendants for a civil penalty of $10,000 for each of Defendant's violations of the False Claims Act;

(iii) that Relator Krawitt recover costs, expenses and all reasonable attorney's fees in bringing this action;

(iv) that this Court award Relator Krawitt pre- and post- judgment interest; and

(v) that this Court award Relator Krawitt such other and further relief as the Court deems just and proper.

Further, Relator Krawitt, on his own behalf, requests that he receive such a maximum amount as permitted by law, of the proceeds of this action or settlement of this action collected by the United States, plus an amount for reasonable expenses incurred, plus reasonable attorney's fees and costs of this action.  Relator Krawitt requests that his percentage be based upon the total value recovered, including any amounts received from individuals or entities not parties to this action.

Dated: July 22, 2016

**PRATHER LAW OFFICES**

EDWIN PRATHER
MAX MIZONO
Attorneys for Relator Carl Krawitt

COMPLAINT FOR MONEY DAMAGES AND CIVIL
PENALTIES FOR VIOLATIONS OF THE FALSE CLAIMS ACT