SCANNED

ALEX G. TSE (CABN 152348)
First Assistant United States Attorney[1]
SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
ELLEN LONDON (NYRN 4605671)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7288
FAX: (415) 436-7169
ellen.london@usdoj.gov

Attorneys for the United States of America

RECEIVED SEP 28 2017 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. CARL KRAWITT, <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS TECHNOLOGIES LIMITED, INCORPORATED and APPLE, INCORPORATED, <br><br> Defendants. | CASE NO. 16-CV-4141 LHK <br><br> **GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION** <br><br> **FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney

---

[1] United States Attorney Brian Stretch is recused from this matter.

General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel and that the undersigned counsel be added to the ECF notice list for this case. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the Court unseal: (1) relator's complaint; (2) the summons; (3) the scheduling order; (4) this Notice of Election to Decline Intervention, with (Proposed) Order to Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendant.

GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER, C 16-4141-LHK

2

A proposed order accompanies this notice.

Respectfully submitted,

ALEX G. TSE (CABN 152348)
First Assistant United States Attorney

Dated: September 19, 2017       By: /s/ Ellen London
ELLEN LONDON
Assistant United States Attorney

## [PROPOSED] ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1. The relator's complaint, the summons, the scheduling order; this Order, and the accompanying U.S. Notice of Election to Decline Intervention are hereby unsealed.

2. The relator shall serve the complaint upon the defendants.

3. Any applications and/or declarations that have been filed under seal by the United States for an extension of the sixty-day investigative period or for any other reason shall remain under seal and not be made public or served upon the defendants.

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time.

6. The parties shall serve all notices of appeal upon the United States.

7. All orders of this Court shall be sent to the United States.

8. Should the relator or the defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

1
2     IT IS SO ORDERED.
3
4 Dated: _____
                                              _____
5                                               LUCY H. KOH
                                              United States District Judge